UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN DANILO SIGCHA-ANTE,<br><br>                                    Petitioner,<br><br>v.<br><br>TODD BLACHE, Acting Attorney General of the United States of America; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security (DHS); TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement (ICE); and Warden Otay Mesa Detention Center,<br><br>                                    Respondents. | Case No.: 26-cv-3966-JES-DEB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

Before the Court is Petitioner Edwin Danilo Sigcha-Ante's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"), filed July 10, 2026. ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 3. In their return, Respondents acknowledge that prior orders from this district have ordered

relief in similar cases and that Respondents do not oppose the Court's granting of relief. *Id.* Petitioner did not file a traverse.

Accordingly, the Court **GRANTS** the petition as follows:

(1)    The Court **ORDERS** the government to provide Petitioner (noncitizen) with a bond determination hearing under 8 U.S.C. § 1226(a) within **fourteen days** of this Order, unless the noncitizen requests a continuance. At the hearing, the government must provide the noncitizen with a constitutionally adequate and individualized bond hearing, where the IJ **may not** deny the noncitizen bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2)    The government is **ORDERED** to File a Notice of Compliance within **five days** of providing the noncitizen with a bond determination hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

The Clerk of the court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: July 17, 2026

Honorable James E. Simmons Jr.
United States District Judge

26-cv-3966-JES-DEB